IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| | |
|---|---|
| JOSE SANTIAGO-ORTIZ,<br>                    Movant,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>                    Respondent. | Civil No. _____<br>Crim. No. 1:17-cr-00149-LAK<br>Hon. Lewis A. Kaplan |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-21

MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE
MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER
28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

NOW COMES Movant Jose Santiago-Ortiz ("Movant"), acting pro se, and moves this Honorable Court for a sixty- (60) day enlargement of time, up to and including until January 3, 2022, within which to file his memorandum of law in support of his Section 2255 motion filed herewith under separate cover.

In support of this motion Movant states as follows.

1. Movant is currently incarcerated at the United States Penitentiary Canaan, in Waymart, Pennsylvania. For the past 625 days, USP Canaan has been on modified lock-down status as a result of the deadly Covid-19 global pandemic. With the exception of a few hours in September, inmates at USP Canaan have had no access to the institution law library (in September, the library was opened for two hours per week per housing unit, but it was closed again after another outbreak of Covid-19 occurred in early October). Under these circumstances, it has been impossible for Movant to perfect his memorandum of law in support of his Section 2255 motion.

2. Movant represents to the Court that the instant request

Extension of time to + including 1/3/22 GRANTED

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

11/9/21