IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED
Copies mailed
by chambers. AM

JOSE SANTIAGO-ORTIZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 1:21-cv-09209-LAK
Crim. No. 1:17-cr-00149-LAK

Hon. Lewis A. Kaplan

MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER
28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

NOW COMES Movant Jose Santiago-Ortiz ("Movant"), acting pro se, and moves this Honorable Court for a sixty (60) day enlargement of time, up to and including until March 4, 2022, within which to file his memorandum of law in support of his previously-filed Section 2255 motion.

In support of this motion Movant states as follows.

1. Movant is currently incarcerated at the United States Penitentiary Canaan, in Waymart, Pennsylvania.

2. As Movant explained in his previous motion for an extension of time, USP Canaan has been on either total or modified lockdown status since March 2020 as a result of the Covid-19 global pandemic. However, due to the high level of inmate and staff vaccinations, coupled with the high number of inmates and staff at USP Canaan who have natural immunity (from having had the virus), prison officials were hopeful that by the end of 2021 USP Canaan would be able to return to some semblance of normalcy. Enter Omnicron. With the Omnicron variant, officials now believe that it will be at least

Application granted.

So Ordered: /s/
    Hon. Lewis A. Kaplan
    United States District Judge

Dated: 1/4/2022

two more months before USP Canaan resumes anything even approaching normal operations.

3. Based upon the above, Movant needs additional time to perfect his memorandum of law in support of his Section 2255 motion.

WHEREFORE, in light of the above, Movant prays that this motion will be granted.

                              Respectfully submitted,

                              /s/ Jose Santiago-Ortiz
                              Jose Santiago-Ortiz
                              Reg. No. 78686-054
                              U.S. Penitentiary Canaan
                              P.O. Box 300
                              Waymart, Pennsylvania 18472

Dated: December 26, 2021

```
            Jose Santiago-Ortiz
            Reg. No. 78686-054
            U.S. Penitentiary Canaan
               P.O. Box 300
           Waymart, Pennsylvania 18472
```

December 27, 2021

Office of the Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Santiago v. USA</u>, Civil No. 1:21-cv-09209-LAK
                          Crim. No. 1:17-cr-00149-LAK

Dear Sir/Madam:

   Enclosed for filing in this matter please find the original and one (1) copy of Movant's Motion for Enlargement of Time within which to File Memorandum of Law in Support of Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

   Thank you very much for your attention to this matter.  Happy New Year!

                                           Very truly yours,

                                           Jose Santiago

Encls.
cc: Anna M. Skotko

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was sent, via first-class prepaid mail, this 27th day of December, 2021, to the following counsel for the Government:

Anna M. Skotko
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

*Jose Santiago-Ortiz*
Jose Santiago-Ortiz

Jose Santiago-Ortiz
Reg. no. 75686-054
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

LEGAL MAIL

Office of the Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
10007

Crim. JR
Dct

