IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 MAR -4 AM 10: 15

SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-22

JOSE SANTIAGO-ORTIZ, )
              Movant, )     Civil No. 1:21-cv-09209-LAK
                       )    Crim. No. 1:17-cr-00149-LAK
v.                     )
                       )
UNITED STATES OF AMERICA, ) Hon. Lewis A. Kaplan
              Respondent. )
_____)

MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER
28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

NOW COMES Movant Jose Santiago-Ortiz ("Movant"), acting pro se, and moves this Honorable Court for a sixty (60) day enlargement of time, up to and including until May 5, 2022, within which to file his memorandum of law in support of his previously-filed Section 2255 motion.

In support of this motion Movant states as follows.

1. Movant is currently incarcerated at the United States Penitentiary Canaan, in Waymart, Pennsylvania.

2. Since March 2020, USP Canaan has been on either total or modified lockdown status as a result of the Covid-19 novel coronavirus. During this time, inmates have had no access to the institutional law library. Based upon this fact, Movant has been unable to perfect his Section 2255 memorandum, and thus he needs additional time to file that pleading.

Respectfully submitted,

02/25                                   /s/ Jose Santiago-Ortiz
_____                         _____
Date                                    Jose Santiago-Ortiz
                                        Reg. No. 78686-054
Granted                                 USP Canaan - P.O. Box 300
/s/ Lewis A. Kaplan                     Waymart, PA 18472
3/7/22