UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JOSE SANTIAGO-ORTIZ,

                Movant,

   -against-                                      21-cv-9209 (LAK)
                                                              [17-cr-0149 (LAK)]

UNITED STATES OF AMERICA,

                Defendant(s).
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/22

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The government is directed to respond to movant's memorandum dated August 4 and postmarked August 11, both with respect to timeliness and with respect to the merits, on or before September 15, 2022.

       SO ORDERED.

Dated:      August 17, 2022

/s/ jtc

                                                            Lewis A. Kaplan
                                                 United States District Judge